BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 6/24/2021

CRIMINAL CAUSE FOR GUILTY PLEA (IN-PERSON)

**DOCKET # 19cr493 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Michael Nadel | Jonathan Strauss |

AUSA: Benjamin Weintraub

Hebrew Interpreter: Meir Turner

COURT REPORTER: Georgette Betts

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

X     DEFT SWORN

X     CASE CALLED FOR PLEADING

X     DEFENDANT WAIVES INDICTMENT.

X     DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 6 OF THE INDICTMENT

X     COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 6 OF THE INDICTMENT.

Time in Court: 60 MINUTES