JONATHAN B. STRAUSS
ATTORNEY AT LAW
233 BROADWAY- SUITE 900
NEW YORK, NY 10279
(212) 792-7948
FAX: (212) 267-2110

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 3/29/2022

*s/Eric N. Vitaliano*

_____
Eric N. Vitaliano
United States District Judge

March 18th, 2022

Hon. Eric Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brokklyn, New York 11201

RE: Permission to Travel For Mike Nadal
Ind. No. 19-CR-493

Dear Judge Vitaliano:

I am writing to request permission for the above named defendant to be permitted to travel to Weston Florida for a Passover family reunion from April17th, 2022 until his return on April 30th, 2022. I have spoke with AUSA Gillian Kassner and she has no objection and defers to pretrial services. He will be staying at Vacation Village.

Respectfully,
Jonathan Strauss

cc: AUSA Gillian Kassner
Pre-Trial Chijioke Ezenyilimba